UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STACY ALEXANDER and <br> KIM ROGERS, <br>     Plaintiffs, <br><br> v <br><br> CASINO QUEEN, INC., <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )    No. 3:10-cv-00908-NJR-DGW <br> ) <br> ) <br> ) <br> ) |

## **PLAINTIFFS' MOTIONS IN LIMINE**

COME NOW the Plaintiffs, STACY ALEXANDER and KIM ROGERS, by and through their undersigned attorneys, and move, *in limine*, that this Court instruct and order defendant not to put before the jury in any manner the following:

1. That summary judgment was previously granted to defendant, that there was an appeal in this matter, or that the Seventh Circuit Court of Appeals reversed the grant of summary judgment in this matter. Said information is not relevant to any of the issues in this matter. Rule 401, 402, 403.

    Granted _____    Denied _____    Under Advisement _____

2. That a similar case or cases brought by other employees and former employees settled for any specific sum. Said information is not relevant to any of the issues in this matter. Rule 401, 402, 403 and 408.

    Granted _____    Denied _____    Under Advisement _____

3. That plaintiffs' prior attorney withdrew from representation of the plaintiffs. Rule 401, 402, 403.

    Granted _____    Denied _____    Under Advisement _____

4. That the defendant Casino Queen has engaged in charitable giving, made gifts to organizations in the community, or is otherwise a benefit to the community. Rule 401, 402, 403.

Granted _____    Denied _____    Under Advisement _____

Respectfully submitted,

STACY ALEXANDER and
KIM ROGERS

By:   */s/ Lee W. Barron*
Lee W. Barron (IL 6195132)
William D. Buchanan (IL 6312437)
112 Front Street
Alton, IL  62002
Phone:  618-462-9160
Fax:  618-462-9167
Lee@leebarronlaw.com
Will@leebarronlaw.com

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STACY ALEXANDER and<br>KIM ROGERS,<br><br>    Plaintiffs,<br><br>v<br><br>CASINO QUEEN, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No. 3:10-cv-00908-NJR-DGW |

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECTF system, which will send notification of such filing to the following:

    Garrett P. Hoerner:  gph@bphlaw.com
    Thomas J. Hunter:  tjh@bhtylaw.com
    Sean K. Cronin:  scronin@drnpc.com

                                               /s/ Lee W. Barron